**William J. CASPARY, Petitioner,**

v.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
Respondent.

No. 02–3275.

United States Court of Appeals,
Federal Circuit.

June 20, 2003.

Before NEWMAN, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and SCHALL, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36